**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) CRIMINAL NO.:  24-CR-00029-KD |
| | ) |
| JADEN TRAVIER LOLLIE | ) |
| | ) |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge Sonja F. Bivins, (Doc. 227), and without any objection having been filed by the parties, the plea of guilty of the Defendant JADEN TRAVIER LOLLIE to Count One of the Superseding Indictment, (Doc. 86), is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 10, 2025,** at **9 a.m.** in **Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE and ORDERED** this the **16th** day of **October** 2024.


/s/          Kristi K. DuBose
UNITED STATES DISTRICT JUDGE